# UNITED STATES DISTRICT COURT
for the
District of Arizona

|  |  |
|---|---|
| **Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**Bridgecrest Acceptance Corporation**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:26-cv-01036-DWL<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, George Elkins, state:

I am an Arizona private process server in good standing, LP202300001. I am 21 years or older and not a party to this action.

I served the following documents to Bridgecrest Acceptance Corporation in Maricopa County, AZ on February 25, 2026 at 11:30 am at 7955 S Priest Dr, Ste 102, Tempe, AZ 85284-1050 by leaving the following documents with Nicole Wise who as MANAGER_ADMIN at Corporation Service Company is authorized by appointment or by law to receive service of process for Bridgecrest Acceptance Corporation.

SUMMONS IN A CIVIL ACTION, Civil Cover Sheet, CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.34483,-111.96235
Photograph: See Exhibit 1


Total Cost: $220.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Maricopa County   </u>, <u>   AZ   </u> on <u>   2/25/2026   </u>. | /s/ *George Elkins* <br> _____ <br> Signature <br> George Elkins <br> +1 (928) 302-6709 |

Below are my previous attempts at serving Bridgecrest Acceptance Corporation:

Date / Time: February 22, 2026 10:14 am
Address: 8825 N 23rd Ave, Ste 100, Phoenix, AZ 85021-4148
Geolocation: https://google.com/maps?q=33.5653716667,-112.1075361667
Description: No contact was made at the service address. Observed the business was closed at the time of the attempt. No additional contacts were made.

Date / Time: February 24, 2026 2:32 pm
Address: 8825 N 23rd Ave, Ste 100, Phoenix, AZ 85021-4148
Geolocation: https://google.com/maps?q=33.5653333333,-112.1077805
Description: I spoke with an employee. They stated that service must be made at a different location. Observed no relevant details during this attempt. No additional contacts were made. Registered agent is at CSC in Tempe.

