1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>Defendant. | Case No. 26-cv-01036-DWL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The Court having considered the parties' Stipulation to Extend Time for Defendant to Respond to the Complaint (the "Stipulation") and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is granted. Defendant Bridgecrest Acceptance Corporation shall have up to and including April 8, 2026 to answer or otherwise respond to Plaintiff's Complaint.