Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory T. Saetrum (AZ Bar No. 030797)
david.norris@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>              Defendant. | No. 26-cv-01036-DWL<br><br>**DECLARATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>(Oral Argument Requested)<br><br>(Assigned to the Honorable Dominic W. Lanza) |

I, David Kent Cosby, state as follows:

1.     I am a Managing Director, Product at Bridgecrest Acceptance Corporation ("Bridgecrest").  I have been employed by Bridgecrest since 2016.  In this capacity, I have gained personal knowledge of Bridgecrest's business operations and procedures, including those described herein.  If called upon to testify, I could and would testify to the matters set forth below.

2.     Exhibit A is a true, correct, and complete copy of the recording of the call placed by Bridgecrest on December 6, 2024 to the phone number beginning (804) 238-XXXX described in the Complaint (the "238 Number").  The recording is eleven seconds long.

-1-

-2-

3.      Exhibit B is a true, correct, and complete copy of the recording of the call placed by Bridgecrest to the 238 Number on January 20, 2025.  The recording is ten seconds long and beings with ""Hello," followed by a Bridgecrest representative stating "uh yes, Eleanor uh um Nettles?"

4.      Exhibit C is a true, correct, and complete copy of the recording of the call placed by Bridgecrest to the 238 Number on February 17, 2025.  The recording is eleven seconds long.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.


DATED:   April 8, 2026                    /s/ _Dwire Kws Cosly_____

-2-