Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory T. Saetrum (AZ Bar No. 030797)
gregory.saetrum@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>　　　　　Defendant. | No. 26-cv-01036-DWL<br><br>**MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

Pursuant to LR Civ 5.5(c) and Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendant Bridgecrest Acceptance Corporation moves for leave to file the following non-electronic exhibits in support of Bridgecrest's Motion to Dismiss (Doc. 9) also filed on this date:

EXHIBIT A: December 6, 2024 Call Recording (11 seconds)

EXHIBIT B: January 20, 2025 Call Recording (10 Seconds)

EXHIBIT C: February 17, 2025 Call Recording (11 Seconds)

As described in further detail in Bridgecrest's Motion to Dismiss and supporting declaration, these non-electronic exhibits are recordings of the calls expressly referenced in Plaintiff's Complaint and that form the basis of Plaintiff's claim in this action. [Compl. ¶ 13.]

-1-

A proposed order is submitted herewith.


RESPECTFULLY SUBMITTED this 8th day of April, 2026.


_/s/ Brian A. Cabianca_
Brian A. Cabianca
Gregory T. Saetrum
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129
_Attorneys for Defendant_

-2-