**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>    Defendant. | No. 26-cv-01036-DWL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>(Assigned to the Honorable Dominic W. Lanza) |

The Court having considered Defendant's Motion for Leave to File Non-Electronic Exhibits in Support of Defendant's Motion to Dismiss Complaint (the "Motion"), and good cause appearing,

**IT IS ORDERED** that the Motion is granted.  Defendant Bridgecrest Acceptance Corporation may file the following exhibits to its Motion to Dismiss (Doc 9) non-electronically:

EXHIBIT A: December 6, 2024 Call Recording

EXHIBIT B: January 20, 2025 Call Recording

EXHIBIT C: February 17, 2025 Call Recording

**IT IS FURTHER ORDERED** that pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, Section II.N.2, Defendant must prepare an index and notice of filing in pleading format to be submitted with the exhibits. Defendant shall serve Plaintiffs with the index, notice of filing, and exhibits.

Dated this _____ day of _____, 2026.

_____
Hon. Dominic W. Lanza
United Stated District Judge