# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, | No. CV-26-01036-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Bridgecrest Acceptance Corporation, | |
| Defendant. | |

**IT IS ORDERED** that Defendants' motion for leave to file non-electronic exhibits (Doc. 10) is granted. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, Section II.N.2, Defendants must prepare an index and notice of filing in pleading format to be submitted with the exhibits. The caption of the index will state what document, if any, the exhibit is supporting. Defendants shall serve Plaintiff with the index, notice of filing, and exhibits.

Dated this 9th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge