Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory T. Saetrum (AZ Bar No. 030797)
gregory.saetrum@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated, | No. 26-cv-01036-DWL |
| Plaintiff, | **NOTICE OF FILING NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT (DOC. 9)** |
| v. | |
| Bridgecrest Acceptance Corporation, | |
| Defendant. | (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to the Court's April 9, 2026 Order (Doc. 11), NOTICE is hereby given that Defendant Bridgecrest Acceptance Corporation ("Bridgecrest") will be emailing the following exhibits to Bridgecrest's Motion to Dismiss Plaintiffs' Class Action Complaint with the supporting Index to Plaintiff's counsel and hand-delivering these files to the Clerk's office on April 10, 2026:

EXHIBIT A: December 6, 2024 Call Recording (11 seconds)

EXHIBIT B: January 20, 2025 Call Recording (10 Seconds)

EXHIBIT C: February 17, 2025 Call Recording (11 Seconds)

/   /   /

-1-

RESPECTFULLY SUBMITTED this 10th day of April, 2026.

/s/ Brian A. Cabianca
Brian A. Cabianca
Gregory T. Saetrum
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129
Attorneys for Defendant

-2-