Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory T. Saetrum (AZ Bar No. 030797)
gregory.saetrum@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Bridgecrest Acceptance Corporation, <br><br> Defendant. | No. 26-cv-01036-DWL <br><br> **INDEX OF NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS CLASS ACTION COMPLAINT (DOC. 9)** <br><br> (Assigned to the Honorable Dominic W. Lanza) |

Pursuant to the Court's April 9, 2026 Order (Doc. 11), Defendant Bridgecrest Acceptance Corporation ("Bridgecrest") hereby submits its Index of the following non-electronic exhibits submitted in support of Bridgecrest's Motion to Dismiss Plaintiffs' Class Action Complaint (Doc. 9):

## **INDEX**

1.  USB Flash Drive containing the following call recordings:

    *   EXHIBIT A: December 6, 2024 Call Recording (11 seconds)

    *   EXHIBIT B: January 20, 2025 Call Recording (10 Seconds)

    *   EXHIBIT C: February 17, 2025 Call Recording (11 Seconds)

-2-

RESPECTFULLY SUBMITTED this 10th day of April, 2026.

/s/ Brian A. Cabianca
Brian A. Cabianca
Gregory T. Saetrum
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone:   (602) 528-4000
Facsimile:    (602) 253-8129
*Attorneys for Defendant*