Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Attorney for Plaintiff, others listed below.*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew James McGonigle, individually and on behalf of a class of all persons and entities similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>Bridgecrest Acceptance Corporation<br><br>     Defendant. | Case No. 2:26-cv-01036-DWL |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41.

RESPECTFULLY SUBMITTED AND DATED this April 13, 2026.

By: */s/ Anthony Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com